BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
JON J. CARLSTON, ESQ.
Nevada Bar No. 10869
**NETTLES LAW FIRM**
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
brian@nettleslawfirm.com
christian@nettleslawfirm.com
jon@nettleslawfirm.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIN PEACE,<br><br>Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES INC., d/b/a VONS #1963; DOE INDIVIDUALS 1 through 10, ROE CORPORATIONS 11 through 20, and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendant(s). | CASE NO. 2:15-cv-01989-JCM-PAL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE THE DISPOSITIVE MOTION AND JOINT PRETRIAL ORDER DEADLINES TO ALLOW THE PARTIES TO PARTICIPATE IN PRIVATE MEDIATION** |

Upon consideration of Plaintiff ERIN PEACE's ("Plaintiff") *Unopposed Motion To Continue The Dispositive Motion And Joint Pretrial Order Deadlines To Allow The Parties To Participate In Private Mediation* (ECF 22 filed September 15, 2016), with no response in opposition filed in by Defendant THE VONS COMPANIES INC., d/b/a VONS #1963, and

///

///

1

good cause appearing, Plaintiff's motion is GRANTED, and the following dates/deadlines are entered as an Order of this Court.

**Last date to file dispositive motions**: December 2, 2016.

**Last date to file the joint pretrial order:** December 2, 2016, unless LR 26-1(b)(5) is applicable.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** September 19, 2016