LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
JUSTIN W. SMERBER, ESQ.
Nevada Bar No. 10761
MORAN BRANDON BENDAVID MORAN
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant,
THE VONS COMPANIES, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ERIN PEACE,

    Plaintiff,

v.

THE VONS COMPANIES INC., d/b/a VONS #1963; DOE INDIVIDUALS 1 through 10, ROE CORPORATIONS 11 through 20, and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,

    Defendants.

CASE NO.: 2:15-cv-01989-JCM-PAL

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their

///

///

///

MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE (702) 384-8424
FAX (702) 384-6568

Page 1 of 2

CASE NO.: 2:15-cv-01989-JCM-PAL
ERIN PEACE V. THE VONS COMPANIES, INC.

respective fees and costs incurred.

DATED this 5 day of JAN. 2017.

NETTLES LAW FIRM

*Jon Carlston 1/3/2017*

/s/ Brian Nettles, Esq.
**BRIAN NETTLES, ESQ.**
Nevada Bar No. 7462
**JON CARLSTON, ESQ.**
Nevada Bar No. 10869
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Attorneys for Plaintiff,
ERIN PEACE

MORAN BRANDON BENDAVID MORAN

/s/ Lew Brandon, Jr., Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
THE VONS COMPANIES, INC.

IT IS SO ORDERED that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED January 9, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:
MORAN BRANDON BENDAVID MORAN

_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No.: 10761
630 S. Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*